

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2014

No. 04-13-00064-CR

Donald **AEKINS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 403rd District Court, Travis County, Texas
Trial Court No. D-1-DC-12-904056
Brenda Kennedy, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice

The Appellant's Motion to Suspend Rule 9.3(b) is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court